1
2
3
4
5
6
7
8

9 UNITED STATES DISTRICT COURT
10 CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
11
12
13
14

15 | JESSE LEE SYKES,                ) CV 14-00604-DDP (SH)
                                     )
16 |                                 ) ORDER ACCEPTING THE
   |                 Petitioner,     ) REPORT AND RECOMMENDATION
17 |                                 ) OF UNITED STATES MAGISTRATE
   |                                 ) JUDGE
18 |        v.                       )
                                     )
19 | DANIEL PARAMO,                  )
                                     )
20 |                 Respondent.     )
   |_____)

21
   Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

1     IT IS THEREFORE ORDERED that Judgment be entered dismissing the
2 Petition without prejudice to refiling after exhaustion of state remedies.[1]
3 DATED: <u>July 17, 2014</u>

                                                              DEAN D. PREGERSON
                                           UNITED STATES DISTRICT JUDGE

---

[1]     This dismissal will not relieve petitioner from complying with the one-year statute of limitations set forth in 28 U.S.C. § 2244(d), as amended by the Antiterrorism and Effective Death Penalty Act of 1996, with respect to any future habeas petitions filed in this Court.