JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | | |
|---|---|---|
| JESSE LEE SYKES, | ) | CV 14-00604-DDP (SH) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL PARAMO, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

///

///

///

///

Case 2:14-cv-00604-DDP-SH   Document 18   Filed 07/17/14   Page 2 of 2   Page ID #:131

1     IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied
2 without prejudice to refiling after exhaustion of state remedies.[1]
3 DATED: <u>July 17, 2014</u>

                                                      DEAN D. PREGERSON
                                           UNITED STATES DISTRICT JUDGE

---

[1]    This dismissal will not relieve petitioner from complying with the one-year statute of limitations set forth in 28 U.S.C. § 2244(d), as amended by the Antiterrorism and Effective Death Penalty Act of 1996, with respect to any future habeas petitions filed in this Court.